UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALEKSEY NECHITAYLO, | No. 2:13-cv-0989 WBS CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LIAN CHEN, et al., | |
| Defendants. | |

The parties have submitted a joint stipulation to modify the discovery cut-off date in this action, including disclosure of experts. The parties request an extension of the deadline to May 1, 2014. Under the scheduling order, experts were to be disclosed no later than December 20, 2013. ECF No. 17. All discovery was to be completed by February 28, 2014. The parties fail to demonstrate good cause for modification of the scheduling order. See Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS HEREBY ORDERED that the request to modify the scheduling order (ECF No. 18) is denied without prejudice.

Dated: February 24, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 nechitaylo.eot.den