Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ALEKSEY NECHITAYLO, Plaintiff

# UNITED STATES DISTRICT COURT

# ESTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO,<br>    Plaintiff,<br><br>vs.<br><br>LIAN C. CHEN, TRUSTEE OF THE LIAN C. CHEN REVOCABLE TRUST, ORBIT GAS STATION, and DOES 1 through 20 inclusive,<br>    Defendants. | Case No. 2:13-CV-00989-WBS-CKD<br><br>*Civil Rights*<br><br>**STIPULATION AND ORDER TO EXTEND TIME WITHIN WHICH TO COMPLETE DISCOVERY** |

   Plaintiff Aleksey Nechitaylo and Defendant Lean C. Chen hereby jointly stipulate and request through their attorneys of record as follows:

   The Parties agree that the discovery deadline, including expert disclosure shall be modified and extended to May 1, 2014.

   **IT IS SO STIPULATED**

Dated: February 18, 2014          /s/ Irene Karbelashvili
                                  Irene Karbelashvili, Attorney for
                                  Plaintiff ALEKSY NECHITAYLO

Case No. 2:13-CV-00989-WBS-CKD

**1** | P a g e

1  Dated: February 18, 2014                        /s/ Michael Welch
2                                                  Michael Welch, Attorney for
                                                   Defendant LEAN C. CHEN
3

4                          **FILER'S ATTESTATION**
5

6     Pursuant to Local Rule131(e), I hereby attest that on February 18, 2014, I, Irene

7  Karbelashvili, received the concurrence of Michael Welch, Esq. in the filing of this document.

8

9                                          By:         /s/ Irene Karbelashvili
                                                   IRENE KARBELASHVILI
10

11

12         **PURSUANT TO STIPULATION IT IS SO ORDERED.**

13

14  Dated:  February 26, 2014

                                                   _____
15                                                 CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

Case No. 2:13-CV-00989-WBS-CKD

**2** | P a g e