Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ALEKSEY NECHITAYLO, Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO, <br> Plaintiff, <br> vs. <br> LIAN C. CHEN, TRUSTEE OF THE LIAN C. CHEN REVOCABLE TRUST, ORBIT GAS STATION, and DOES 1 through 20 inclusive, <br> Defendants. | Case No. 2:13-CV-00989-WBS-CKD <br><br> *Civil Rights* <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE** |

Plaintiff Aleksey Nechitaylo and Defendant Lean C. Chen hereby jointly stipulate and request through their attorneys of record as follows:

The Parties agree that the status conference scheduled on December 22, 2014, will be continued to January 5, 2015 at 2:00 p.m. due to unavailability of Counsel for Plaintiff.

**IT IS SO STIPULATED**

Dated: December 15, 2014               /s/ Irene Karbelashvili
                                       Irene Karbelashvili, Attorney for
                                       Plaintiff ALEKSY NECHITAYLO

Case No. 2:13-CV-00989-WBS-CKD
**STIPULATION TO CONTINUE STATUS CONFERENCE**

1
2  Dated: December 15, 2014                /s/ Michael Welch
                                           Michael Welch, Attorney for
3                                          Defendant LEAN C. CHEN
4
5                         **FILER'S ATTESTATION**
6
7  Pursuant to Local Rule131(e), I hereby attest that on December 15, 2014, I, Irene Karbelashvili, received the concurrence of Michael Welch, Esq. in the filing of this document.
8
9
                                    By:         /s/ Irene Karbelashvili
10                                               IRENE KARBELASHVILI
11
12         **PURSUANT TO STIPULATION IT IS SO ORDERED.**
13
Dated: December 17, 2014

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14
17
18
19
20
21
22
23
24
25
26
27
28